AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 OCT 27  AM 10: 39

CLERK

BY_____ TML_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| | **(For a Petty Offense)** — Short Form |
| V. | |
| | Case No.   2:25-mj-144-1 |
| Norma Berly Punay-Puluc | |
| | USM No.  18887-512 |

Lisa B. Shelkrot, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   Complaint

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1325 | Illegal entry into the United States at a place other than a designated Port of Entry | 10/21/2025 | |

☐ Count(s) _____ ☐ is ☐ are dismissed on motion of the United States

**IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Time served**

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | **$ Remitted** | **$ Waived** |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1998

City and State of Defendant's Residence:
Guatemala

10/22/2025
Date of Imposition of Judgment

_Kevin J. Doyle_
Signature of Judge

Kevin J. Doyle, U.S. Magistrate Judge
Name and Title of Judge

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: _10/27/2025_

10/27/2025
Date